John L. Krieger, Esq.
Nevada Bar No. 6023
jkrieger@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169-0965
Phone: (702) 550-4400
Fax: (844) 670-6009

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS REVIEW-JOURNAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEON EATS, LLC, a Nevada limited liability company; and, ALBERT P. MANCINI, an individual,<br><br>Defendants. | Case No. 2:25-cv-01305-JCM-EJY<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(b), Plaintiff Las Vegas Review-Journal, Inc. and Defendants Neon Eats, LLC, and, Albert P. Mancini ("Defendants"), by and through their respective counsel, hereby stipulate to dismiss all claims in this case with prejudice. The Parties state the following in support of this Stipulated Dismissal:

1. The Parties have reached a settlement resolving all claims, defenses, and/or counterclaims arising out of the conduct set forth in Complaint.

2. Pursuant to the settlement agreement, the Parties stipulate to dismiss this case with prejudice, with each Party to bear its own fees and costs.

3. The Parties have also agreed this Court shall maintain jurisdiction for the purpose of making any further orders necessary or proper for the interpretation, modification, or enforcement of the terms of the underlying settlement agreement. *See Kokkonen v. Guardian Life*



1

*Ins. Co. of Am.*, 511 U.S. 375, 381 (1994) (permitting federal courts to maintain jurisdiction over settlement agreements so long as jurisdiction expressly retained in order of dismissal); *Ortlof v. Silver Bar Mines, Inc.*, 111 F.3d 85, 87-88 (9th Cir. 1997) (applying *Kokkonen* exception).

DATED: August 25, 2025

| | |
|---|---|
| **DICKINSON WRIGHT PLLC** | **RANDAZZA LEGAL GROUP PLLC** |
| */s/ John L. Krieger* | */s/ Ronald D. Green* |
| John L. Krieger | Ronald D. Green |
| 3883 Howard Hughes Parkway, Suite 800 | 8991 West Flamingo Road, Suite B |
| Las Vegas, Nevada 89169-0965 | Las Vegas, Nevada 89147 |
| *Attorneys for Plaintiff* | *Counsel for Defendants* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: September 5, 2025



2